### MAULDIN et al. v. CAIRO MOTOR COMPANY.

This case being for decision by the entire court of six Justices, who are evenly divided in opinion, Beck, P. J., and Gilbert and Hines, JJ., being of the opinion that the judge did not err in overruling the motion for new trial, and Russell, C. J., and Atkinson and Hill, JJ., being of

the opinion that the court erred in not granting a new trial, the judgment stands affirmed by operation of law.

No. 4603. JANUARY 15, 1925.

Claim. Before Judge W. E. Thomas. Thomas superior court. August 16, 1924.

*W. H. Duckworth,* for plaintiffs in error. *Jeff A. Pope,* contra.